IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 03–cr–00279–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LELAND JEREMY LOPEZ,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Joint Motion to Appear at Status Conference by Telephone" (#135, filed March 28, 2006) is DENIED as moot.

Dated: March 29, 2006